AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

ALVARO SANCHEZ-AGUILAR,
et al.,

                      Plaintiffs,

                 v.

SIX UNKNOWN NAMES
AGENTS, et al.,

                      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-192-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint is DISMISSED without prejudice for lack of jurisdiction.

July 1, 2010
*Date*

JAMES R. LARSEN
*Clerk*

s/ Linda Emerson
*(By) Deputy Clerk*

Linda Emerson